

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EDWARD KIRSHENBAUM,

    Plaintiff(s),

  -against-

JEWISH BOARD OF FAMILY SERVICES, INC.,
and JBFCS SUPPLEMENTARY PENSION PLAN,

    Defendant(s).
-----------------------------------------------------------X

JUDGE STEIN
Index No. 07 CV 6495

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                   S.S.:
COUNTY OF NEW YORK)

    OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

    That on the 19th day of July 2007, at approximately 11:10 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT PLAINTIFF DEMAND TRIAL BY JURY, INDIVIDUAL PRACTICES OF JUDGE SIDNEY H. STEIN, CRITICAL INSTRUCTIONS TO ATTORNEYS AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ** upon Jewish Board of Family Services, Inc. at 120 West 57th Street, New York, NY 10019, by personally delivering and leaving the same with R. Ahlet, Security, who informed deponent that he is authorized to receive service at that address.

    R. Ahlet is a white male, approximately 70 years of age, stands approximately 5 feet 9 inches tall and weighs approximately 180 pounds with white hair and blue eyes.

_____
OTIS OSBORNE #871039

Sworn to before me this
23rd day of July, 2007

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com