AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern         DISTRICT OF         New York

Edward Kirshenbaum

v.

Jewish Board of Family and
Children's Services, Inc. and
JBFCS Supplemental Pension Plan

**APPEARANCE**

Case Number: 07 CV 6495

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Jewish Board of Family and Children's Services, Inc. and
JBFCS Supplemental Pension Plan

I certify that I am admitted to practice in this court.

| August 1, 2007 | *signature* |
|---|---|
| Date | Signature |

Gershom Smith        GS 7014
Print Name           Bar Number

Proskauer Rose LLP, 1585 Broadway
Address

New York,       NY      10036
City            State   Zip Code

(212) 969-3000        (212) 969-2900
Phone Number          Fax Number