UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
EDWARD KIRSHENBAUM,

       Plaintiff,

  against

JEWISH BOARD OF FAMILY AND
CHILDREN'S SERVICES, INC. and JBFCS
SUPPLEMENTAL PENSION PLAN,

       Defendants.

-------------------------------------------------- X

Index No. 07 CV 6495
Judge Sidney H. Stein

**STIPULATION**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Defendants' time to answer or otherwise respond to Plaintiff's Complaint in the above-captioned matter shall be extended from August 8, 2007 through September 7, 2007.

  A facsimile of this stipulation, and signatures by facsimile thereto, may serve with the same force and effect as the original. There have been no previous extensions of time in this matter.

Dated:  New York, New York
     July 30, 2007

_____
LEE F. BANTLE, ESQ.  (LB-7076)
BANTLE & LEVY LLP
*Attorneys for Plaintiff*
817 Broadway
New York, NY 10003
Phone: (212) 228-9666

_____
GERSHOM R. SMITH, ESQ.
PROSKAUER ROSE LLP
*Attorney for Defendants*
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000

SO ORDERED: 8/6/07

_____
U.S.D.J.