# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Jerold D. Jacobson
Member of the Firm

Direct Dial 212.969.3885
jjacobson@proskauer.com

August 31, 2007

MEMO ENDORSED

RECEIVED
AUG 3 1 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

By Facsimile (212) 805-7924

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthuose
500 Pearl St., Room 1010
New York, NY 10007

Re: *Edward Kirshenbaum v. Jewish Bd. of Family and Children's Services and JBFCS Supplemental PensionPlan* - Index No. 07 CV 6495

Dear Judge Stein:

We represent the Jewish Board of Family and Children's Services and the JBFCS Supplemental Pension Plan ("Defendants") in the above-referenced matter. Currently, Defendants' Rule 7.1 statement and Rule 26(a) disclosures are due to the Court on September 4, 2007, Defendants' Answer is due September 7, 2007, and counsel is scheduled to appear at a case management conference on September 14, 2007.

As a tentative settlement of this matter has been reached, we are authorized to request on behalf of plaintiff and the defendants that all of the above dates be adjourned for one month.

Respectfully submitted,

Jerold D. Jacobson

cc: Lee F. Bantle, Esq.
817 Broadway
New York, NY 10003
*Attorney for Plaintiff*

8/31/07 Defs' Rule 7.1 statement and Rule 26a disclosures due Oct 4; Defs Answer due Oct 11; Oct 8: conf/adj to Oct 11 at 10:00 AM. So ordered.

/s/ SHS

** TOTAL PAGE.02 **