PROSKAUER ROSE LLP

OCT - 2 2007

CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS
SÃO PAULO

Jerold D. Jacobson
Member of the Firm

Direct Dial 212.969.3885
jjacobson@proskauer.com

October 2, 2007

**By Facsimile (212-805-7924)**

MEMO ENDORSED

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

Re: *Edward Kirshenbaum v. Jewish Bd. of Family and Children's Services and JBFCS Supplemental Pension Plan* – Index No. 07 CV 6495

Dear Judge Stein:

We represent the Jewish Board of Family and Children's Services and the JBFCS Supplemental Pension Plan ("Defendants") in the above-referenced matter. Currently, Defendants' Rule 7.1 statement and Rule 26(a) disclosures are due to the Court on October 4, 2007, Defendants' Answer is due October 8, 2007, and counsel is scheduled to appear at a case management conference on October 11, 2007.

As we noted in our letter of August 31, 2007, the parties have reached a tentative settlement of this matter. We are now in the process of finalizing the settlement documents and expect to have this matter resolved in approximately two to three weeks. As such, on consent of all parties, we respectfully request that all of the above dates be adjourned for one month.

Respectfully submitted,

Jerold D. Jacobson

*[handwritten:]* Rule 26(a) disclosures due by 11/5, defts' answer due 11/8, conf. adjourned to 11/16 at 11:00a.m.

SO ORDERED 10/11/07

*[signature]*
SIDNEY H. STEIN
U.S.D.J.

**PROSKAUER ROSE LLP**

Hon. Sidney H. Stein
October 2, 2007
Page 2

cc:    Lee F. Bantle, Esq.
       817 Broadway
       New York, NY 10003
       *Attorney for Plaintiff*