

**RECEIVED**
PROSKAUER ROSE LLP
NOV 2 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS
SÃO PAULO

Jerold D. Jacobson
Member of the Firm

Direct Dial 212.969.3885
jjacobson@proskauer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

November 2, 2007

**By Facsimile (212-805-7924)**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

Re:   *Edward Kirshenbaum v. Jewish Bd. of Family and Children's Services and JBFCS Supplemental Pension Plan* – Index No. 07 CV 6495

Dear Judge Stein:

We represent the Jewish Board of Family and Children's Services and the JBFCS Supplemental Pension Plan ("Defendants") in the above-referenced matter. Pursuant to your October 11, 2007 Order, Defendants' Rule 7.1 statement and Rule 26(a) disclosures are due to the Court by ~~November~~ December 5, 2007, Defendants' Answer is due ~~November~~ December 8, 2007, and counsel is scheduled to appear at a case management conference on ~~November 16, 2007.~~ December 14, 2007 at 11 A.M.

As we noted in our previous correspondence, the parties have reached a tentative settlement of this matter, and are now in the process of finalizing the settlement documents. Unfortunately, this process has taken longer than anticipated, but we are confident that this matter will be resolved in the next several weeks. As such, on consent of all parties, we respectfully request that all of the above dates be adjourned for one month.

Respectfully submitted,

Jerold D. Jacobson

SO ORDERED 11/2/07

SIDNEY H. STEIN
U.S.D.J.

**PROSKAUER ROSE LLP**

Hon. Sidney H. Stein
November 2, 2007
Page 2

cc:  Lee F. Bantle, Esq.
     817 Broadway
     New York, NY 10003
     *Attorney for Plaintiff*