**Proskauer Rose LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS
SÃO PAULO

Gershom R. Smith
Attorney at Law

Direct Dial 212.969.3764
gsmith@proskauer.com

December 4, 2007

RECEIVED DEC - 4 2007 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

**By Facsimile (212-805-7924)**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

Re: *Edward Kirshenbaum v. Jewish Bd. of Family and Children's Services and JBFCS Supplemental Pension Plan* – Index No. 07 CV 6495

Dear Judge Stein:

We represent the Jewish Board of Family and Children's Services and the JBFCS Supplemental Pension Plan ("Defendants") in the above-referenced matter. Pursuant to your November 2, 2007 Order, Defendants' Rule 7.1 statement and Rule 26(a) disclosures are due to the Court by December 5, 2007, Defendants' Answer is due December 7, 2007, and counsel is scheduled to appear at a case management conference on December 14, 2007 at 11:00 a.m.

With the exception of one complex pension issue, the parties have fully resolved this matter. As such, on consent of all parties, we respectfully request that the due dates for Defendants' Rule 7.1 statement, Rule 26(a) disclosures, and Answer be adjourned for one month, but that the conference scheduled for December 14, 2007 be held as planned.

Respectfully submitted,

Gershom R. Smith

*Rule 26(a) disclosures due 1/4/08; defendants answer due 1/7/08; conference remains at 12/14/07, at 11:00 a.m.*

cc: Lee F. Bantle, Esq.
817 Broadway
New York, NY 10003
*Attorney for Plaintiff*

SO ORDERED 12/4/07

SIDNEY H. STEIN
U.S.D.J.