# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS
SÃO PAULO

Gershom R. Smith
Attorney at Law

Direct Dial 212.969.3751
gsmith@proskauer.com

December 12, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

**By Facsimile (212-805-7924)**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

Re: *Edward Kirshenbaum v. Jewish Bd. of Family and Children's Services and JBFCS Supplemental Pension Plan* – Index No. 07 CV 6495

Dear Judge Stein:

We represent the Jewish Board of Family and Children's Services and the JBFCS Supplemental Pension Plan in the above-referenced matter. Pursuant to your November 2, 2007 and December 4, 2007 Orders, counsel is scheduled to appear at a case management conference on December 14, 2007 at 11:00 a.m.

I am pleased to report that the parties have finalized the terms of a settlement agreement, and an execution copy of the agreement is currently in circulation. Thus, on consent of all parties, we respectfully request that the conference scheduled for December 14, 2007 be adjourned for 30 days.

Respectfully submitted,

Gershom R. Smith

*The conference is adjourned to 1/18/08, at 10:00 a.m.*

SO ORDERED 12/14/07

SIDNEY H. STEIN
U.S.D.J.

cc: Lee F. Bantle, Esq.
817 Broadway
New York, NY 10003
*Attorney for Plaintiff*

** TOTAL PAGE.02 **