

RECEIVED
JAN -3 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS
SÃO PAULO

Gershom R. Smith
Attorney at Law

Direct Dial 212.969.3751
gsmith@proskauer.com

January 3, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

**By Facsimile (212-805-7924)**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

Re: *Edward Kirshenbaum v. Jewish Bd. of Family and Children's Services and JBFCS Supplemental Pension Plan* – Index No. 07 CV 6495

Dear Judge Stein:

We represent the Jewish Board of Family and Children's Services and the JBFCS Supplemental Pension Plan in the above-referenced matter. I am pleased to report that the parties have now fully executed a settlement agreement, and the first payment will be delivered on January 8, 2008. Thus, on consent of all parties, we respectfully request that the due dates for Defendants' Rule 26(a) disclosures and Answer (currently due January 4th and January 7th, respectively) be adjourned ~~until after the case management conference scheduled for January 18th~~ to January 18 and January 25.

Respectfully submitted,

Gershom R. Smith

cc: Lee F. Bantle, Esq.
817 Broadway
New York, NY 10003
*Attorney for Plaintiff*

SO ORDERED 1/3/08

SIDNEY H. STEIN
U.S.D.J.