DUPLICATE ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
EDWARD KIRSHENBAUM,

                Plaintiff,

against

JEWISH BOARD OF FAMILY AND
CHILDREN'S SERVICES, INC. and JBFCS
SUPPLEMENTAL PENSION PLAN,

                Defendants.
------------------------------------------------------X

Index No. 07 CV 6495
Judge Sidney H. Stein

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-captioned matter is discontinued with prejudice.

A facsimile of this stipulation, and signatures by facsimile thereto, may serve with the same force and effect as the original.

Dated: New York, New York
January 16, 2008

_[signature]_
LEE F. BANTLE, ESQ.
BANTLE & LEVY LLP
*Attorneys for Plaintiff*
817 Broadway
New York, NY 10003
Phone: (212) 228-9666

_[signature]_
JEROLD D. JACOBSON, ESQ.
PROSKAUER ROSE LLP
*Attorney for Defendants*
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000

SO ORDERED 1/17/08

_[signature]_
SIDNEY H. STEIN
U.S.D.J.